IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| J.W., | : |
|     Plaintiff, | : |
| v. | :   Case No. 4:23-cv-181-AGH |
| COMMISSIONER OF SOCIAL SECURITY, | : |
|     Defendant. | : |

## ORDER

Before the Court is Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Pl.'s Mot. for Att'y's Fees, ECF No. 14. Defendant filed a response of no opposition, provided that Plaintiff's motion for attorney's fees was the only EAJA motion filed in this case. Def.'s Resp. 1, ECF No. 15. Plaintiff did not file a reply. Having considered Plaintiff's motion, and Defendant's response, Plaintiff's motion for attorney's fees (ECF No. 14) is **GRANTED**. It is **ORDERED** that Plaintiff is awarded attorney's fees in the amount of $3,383.90.[1]

Any Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel if Plaintiff owes a federal debt. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the government may

---

[1] Plaintiff's motion initially requests $6,864.21. Pl.'s Mot. for Att'y's Fees 1. Later in the motion, Plaintiff requests $3,383.90. *Id.* ¶ 14. As Defendant correctly points out, *see* Def.'s Resp. 1 n.1, based upon the hours and hourly rate sought by Plaintiff, the correct amount appears to be $3,383.90. *See* Pl.'s Mot. for Att'y's Fees ¶ 13 (hourly rate) and Pl.'s Attach. 1, ECF No. 14-1 (hours billed).

2

accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel. The Clerk is directed to enter a judgment consistent with this Order.

**SO ORDERED and DIRECTED**, this 4th day of October, 2024.

                                          s/ *Amelia G. Helmick*
                                        UNITED STATES MAGISTRATE JUDGE